**Order entered December 16, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-15-01521-CR
No. 05-15-01522-CR
No. 05-15-01523-CR

### EX PARTE ANDREW PETE

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-33559-V, F12-33560-V, F12-33561-V**

## ORDER

The Court has received appellant's notice of appeal from the trial court's order denying his pretrial application for writ of habeas corpus. These are accelerated appeals under Texas Rule of Appellate Procedure 31. *See* TEX. R. APP. P. 31.

We **ORDER** the trial court to prepare certifications of appellant's right to appeal for inclusion in the clerk's records. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Dallas County District Clerk to file the clerk's records for these cases by **JANUARY 4, 2016**.

We **ORDER** Peri Wood, official court reporter of the 292nd Judicial District Court, to file the reporter's record by **JANUARY 4, 2016**.

We **ORDER** appellant to file his brief by **JANUARY 22, 2016**.  We **ORDER** the State to file its brief by **FEBRUARY 8, 2016**.  If any party does not file its brief by the date specified, the appeals will be submitted without that party's brief.  *See* TEX. R. APP. P. 31.1.

The appeal will be set for submission after the Court has received the record and briefs, or the time for briefing has passed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Peri Wood, official court reporter, 292nd Judicial District Court; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE